# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BILLIE JEAN GILBERT

VERSUS

T.H.E. INSURANCE COMPANY,
AND MITCHELL AMUSEMENTS, LLC

NO.  2023 CW 1061

**FEBRUARY 16, 2024**

---

In Re:    T.H.E. Insurance Company and Mitchell Amusements, LLC,
          applying for supervisory writs, 21st Judicial District
          Court, Parish of Livingston, No. 176282.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

  **WRIT DISMISSED.**   This  writ  application  is  dismissed
pursuant  to  the  joint  motion  to  dismiss  advising  that  the
parties  have  reached  a  settlement  of  all  claims  and  requesting
that this writ application be dismissed.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT